William H. Staples (Bar No. 64633)
wstaples@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:     925.930.6600
Facsimile:      925.930.6620

Attorneys for Defendant
MUFG UNION BANK, N.A. erroneously sued herein as  MUFG AMERICAS HOLDINGS CORPORATON dba UNION BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE TRUJILLO,<br><br>             Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS; MUFG AMERICAS HOLDINGS CORPORATON dba UNION BANK; KEYWEST PLAZA OF VISALIA, LLC,<br><br>             Defendants. | Case No.  1:16-CV-01719-DAD-BAM<br><br>**STIPULATION FOR EXTENSION TO APPEAR IN ACTION; [PROPOSED] ORDER** |

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff"), by and through his attorney of record, and Defendant MUFG Union Bank, N.A. erroneously sued herein as MUFG Americas Holdings Corporation dba Union Bank ("Defendant," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendant to and including January 5, 2017 to file a responsive pleading in this matter (Dkt. 7);

WHEREAS, Plaintiff and Defendant are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

///

NOW, THEREFORE, It is hereby stipulated by and between Plaintiff and Defendant by and through their respective counsel of record that said defendant may have to and including February 6, 2017 within which to make and file its formal appearance in this matter.

Dated: January 17, 2017     MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Jose Trujillo

Dated: January 17, 2017     ARCHER NORRIS

*/s/ William H. Staples*
William H. Staples
Attorneys for Defendant
MUFG UNION BANK, N.A. erroneously sued herein as  MUFG AMERICAS HOLDINGS CORPORATON dba UNION BANK

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, MUFG Union Bank, N.A. erroneously sued herein as MUFG Americas Holdings Corporation dba Union Bank, shall have to and including February 6, 2017 within which to file a responsive pleading.

**IT IS SO ORDERED.**

Dated**:   January 19, 2017**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE